**FORM NOA** (Notice of Assets and Deadline to File Proof of Claim)

# NOTICE OF ASSETS AND DEADLINE TO FILE PROOF OF CLAIM

U.S. Bankruptcy Court
401 Market Street
Camden, NJ 08102
Telephone number: 856−361−2300

Honorable Andrew B. Altenburg Jr., U.S. Bankruptcy Judge

| **CASE NUMBER:** 17−20353−ABA | **DATE FILED::** 5/19/17 |
|---|---|
| In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):<br>Vanessa M Jones<br>xxx−xx−7153 | ADDRESS OF DEBTOR(S):<br><br>31 Village Green Lane<br>Sicklerville, NJ 08081 |
| DEBTOR'S ATTORNEY:<br>Lee Abt<br>Princeton Place<br>3747 Church Road<br>Suite 102<br>Mount Laurel, NJ 08054<br><br>856−914−5100 | TRUSTEE:<br>Joseph Marchand<br>117−119 West Broad St.<br>PO Box 298<br>Bridgeton, NJ 08302<br>(856) 451−7600 |

    It appeared from the schedules when this case was filed that there were no assets from which dividends could be paid to creditors as indicated on the Notice of Chapter 7 Bankruptcy Case, Meeting of Creditors and Deadlines.

    It now appears that the payment of a dividend may be possible. Pursuant to Bankruptcy Rule 3002(c)(5), the last day for filing claims is fixed as:

12/21/17

Government Units are allowed 180 days from the date of order for relief, or the above date, whichever is later. 11 U.S.C. §502(b)(9)

Except as otherwise provided by law, in order to share in any payment from the estate, a creditor must file a proof of claim by the date set forth above. The place to file the proof of claim is the office of the Clerk of the Bankruptcy Court.

A Proof of Claim is a signed statement describing a creditor's claim. A Proof of Claim form ("Official Form B 410") can be obtained at the United States Courts Web site: (http://www.uscourts.gov/forms/bankruptcy−forms) or at any bankruptcy clerk's office. You may also contact the Clerk's Office where this case is pending to request that a Proof of Claim form be mailed to you. The Clerk's Office telephone number is included on the front of this Notice. A secured creditor retains rights in its collateral regardless of whether that creditor files a Proof of Claim. If you do not file a Proof of Claim by the last day to file a proof of claim listed on the front side, you might not be paid any money on your claim from other assets in the bankruptcy case. To be paid you must file a Proof of Claim even if your claim is listed in the schedules filed by the debtor. Filing a Proof of Claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a Proof of Claim may surrender important nonmonetary rights, including the right to a jury trial. Filing Deadline for a Creditor with a Foreign Address: The deadlines for filing claims set forth on the front of this notice apply to all creditors. If this notice has been mailed to a creditor at a foreign address, the creditor may file a motion requesting the court to extend the deadline.

    **IF A CLAIM WAS PREVIOUSLY SUBMITTED, IT IS NOT NECESSARY TO FILE ANOTHER ONE.**

Dated: September 25, 2017                                            FOR THE COURT
                                                                             Jeanne Naughton, Clerk

FORM NOA Rev. 5/2016

```
                              United States Bankruptcy Court
                                    District of New Jersey
In re:                                                                  Case No. 17-20353-ABA
Vanessa M Jones                                                         Chapter 7
       Debtor
                                       CERTIFICATE OF NOTICE
District/off: 0312-1            User: admin                 Page 1 of 2                  Date Rcvd: Sep 25, 2017
                                Form ID: noa                Total Noticed: 34


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 27, 2017.
db             +Vanessa M Jones,    31 Village Green Lane,    Sicklerville, NJ 08081-1629
516836658      +Am Std Asst,    100 Cambridge St., Suite 1600,    Boston, MA 02114-2518
516836657      +Am Std Asst,    100 Cambridge St Ste 160,    Boston, MA 02114-2547
516836659      +Attorney General of the U.S.,    Dept. of Justice,    RE: Internal Revenue Service,
                 Constitution Ave & 10th Street NW,    Washington, DC 20530-0001
516836664      +Chase,   Po Box 901003,    Ft Worth, TX 76101-2003
516836670      +First Federal Credit & Collections,    24700 Chagrin Blvd,    Suite 205,
                 Cleveland, OH 44122-5662
516836669      +First Federal Credit & Collections,    24700 Chagrin Blvd Ste 2,    Cleveland, OH 44122-5662
516836684       Nationstar Mortgage,    Attn: Bankruptcy,    P.O. Box 619094,    Lewisville, TX 75067
516836685      +Nationstar Mortgage LLC,    8950 Cypress Waters Blvd,    Coppell, TX 75019-4620
516836693      +Smedley & Lis,    AllynMarie Smedely, Esquire,    58 Euclid Street,    Woodbury, NJ 08096-4626

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
tr             +EDI: QJDMARCHAND.COM Sep 25 2017 22:13:00      Joseph Marchand,    117-119 West Broad St.,
                 PO Box 298,    Bridgeton, NJ 08302-0228
smg             E-mail/Text: usanj.njbankr@usdoj.gov Sep 25 2017 22:10:27      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Sep 25 2017 22:10:27      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
516836662       EDI: CAPITALONE.COM Sep 25 2017 22:13:00      Capital One,    15000 Capital One Dr,
                 Richmond, VA 23238
516836661      +E-mail/Text: bankruptcy@cavps.com Sep 25 2017 22:10:32       Calvary Portfolio Services,
                 500 Summit Lake Ste 400,    Valhalla, NY 10595-2322
516836660      +E-mail/Text: bankruptcy@cavps.com Sep 25 2017 22:10:33       Calvary Portfolio Services,
                 Po Box 27288,    Tempe, AZ 85285-7288
516836663      +EDI: CAPITALONE.COM Sep 25 2017 22:13:00      Capital One,    Attn: Bankruptcy,    Po Box 30253,
                 Salt Lake City, UT 84130-0253
516836666      +EDI: CHASE.COM Sep 25 2017 22:13:00      Chase Card Services,    Correspondence Dept,
                 Po Box 15278,    Wilmington, DE 19850-5278
516836667       EDI: DISCOVER.COM Sep 25 2017 22:13:00      Discover Financial,    Po Box 15316,
                 Wilmington, DE 19850
516836668      +EDI: DISCOVER.COM Sep 25 2017 22:13:00      Discover Financial,    Po Box 3025,
                 New Albany, OH 43054-3025
516836673       EDI: IRS.COM Sep 25 2017 22:13:00      IRS,   1040 Waverly Drive,    Holtsville, NY 00501
516836675      +EDI: CBSKOHLS.COM Sep 25 2017 22:13:00      Kohls/Capital One,    Kohls Credit,    Po Box 3043,
                 Milwaukee, WI 53201-3043
516836674      +EDI: CBSKOHLS.COM Sep 25 2017 22:13:00      Kohls/Capital One,    N56 W 17000 Ridgewood Dr,
                 Menomonee Falls, WI 53051-5660
516836676      +EDI: MID8.COM Sep 25 2017 22:13:00      Midland Funding,    2365 Northside Dr Ste 30,
                 San Diego, CA 92108-2709
516836680      +EDI: MID8.COM Sep 25 2017 22:13:00      Midland Funding,    Attn: Bankruptcy,    Po Box 939069,
                 San Diego, CA 92193-9069
516836686      +E-mail/Text: BankruptcyNotices@pods.com Sep 25 2017 22:10:40       PODS Enterprises,
                 5585 Rio Vista Drive I,    Clearwater, FL 33760-3114
516836687       EDI: PRA.COM Sep 25 2017 22:13:00      Portfolio Recovery,    120 Corporate Blvd Ste 1,
                 Norfolk, VA 23502
516836690       EDI: PRA.COM Sep 25 2017 22:13:00      Portfolio Recovery,    Po Box 41067,    Norfolk, VA 23541
516836694      +EDI: RMSC.COM Sep 25 2017 22:13:00      Synchrony Bank/Care Credit,    950 Forrer Blvd,
                 Kettering, OH 45420-1469
516836695      +EDI: RMSC.COM Sep 25 2017 22:13:00      Synchrony Bank/Care Credit,    Attn: Bankruptcy,
                 Po Box 956060,    Orlando, FL 32896-0001
516836699      +EDI: TDBANKNORTH.COM Sep 25 2017 22:13:00      TD Bank, N.A.,    Attn: Bankruptcy,
                 32 Chestnut St,    Lewiston, ME 04240-7799
516836698      +EDI: TDBANKNORTH.COM Sep 25 2017 22:13:00      TD Bank, N.A.,    32 Chestnut Street,
                 Lewiston, ME 04240-7799
516836696      +EDI: WTRRNBANK.COM Sep 25 2017 22:13:00      Target,   Po Box 673,    Minneapolis, MN 55440-0673
516836697      +EDI: WTRRNBANK.COM Sep 25 2017 22:13:00      Target,   C/O Financial & Retail Srvs,
                 Mailstopn BT POB 9475,    Minneapolis, MN 55440-9475
                                                                                               TOTAL: 24

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
516836665*     +Chase,   Po Box 901003,    Ft Worth, TX 76101-2003
516836671*    ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 7346,
                 PHILADELPHIA PA 19101-7346
               (address filed with court:   Internal Revenue Service,    P.O. Box  21126,
                 Philadelphia, PA 19114)
516836672*      IRS,   Attn: Special Procedures,    P.O. Box  744,    Springfield, NJ 07081-0744
516836677*     +Midland Funding,    2365 Northside Dr Ste 30,    San Diego, CA 92108-2709
516836678*     +Midland Funding,    2365 Northside Dr Ste 30,    San Diego, CA 92108-2709
516836679*     +Midland Funding,    2365 Northside Dr Ste 30,    San Diego, CA 92108-2709
516836681*     +Midland Funding,    Attn: Bankruptcy,    Po Box 939069,    San Diego, CA 92193-9069
516836682*     +Midland Funding,    Attn: Bankruptcy,    Po Box 939069,    San Diego, CA 92193-9069
```

```
District/off: 0312-1          User: admin                 Page 2 of 2                  Date Rcvd: Sep 25, 2017
                              Form ID: noa                Total Noticed: 34

              ***** BYPASSED RECIPIENTS (continued) *****
516836683*     +Midland Funding,    Attn: Bankruptcy,    Po Box 939069,    San Diego, CA 92193-9069
516836688*    ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
                (address filed with court: Portfolio Recovery,    120 Corporate Blvd Ste 1,    Norfolk, VA 23502)
516836689*    ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
                (address filed with court: Portfolio Recovery,    120 Corporate Blvd Ste 1,    Norfolk, VA 23502)
516836691*    ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
                (address filed with court: Portfolio Recovery,    Po Box 41067,    Norfolk, VA 23541)
516836692*    ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
                (address filed with court: Portfolio Recovery,    Po Box 41067,    Norfolk, VA 23541)
                                                                                            TOTALS: 0, * 13, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 27, 2017                                       Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 22, 2017 at the address(es) listed below:
          Denise E. Carlon    on behalf of Creditor   JPMORGAN CHASE BANK, N.A. dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Joseph Marchand     jdmarchand@comcast.net,    jmarchand@comcast.net;jmarchand@ecf.epiqsystems.com
          Lee Abt    on behalf of Debtor Vanessa M Jones leeabt2@verizon.net,    r40016@notify.bestcase.com
          U.S. Trustee.   USTPRegion03.NE.ECF@usdoj.gov
                                                                                            TOTAL: 4
```