UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

Joseph D. Marchand, Esquire
117-119 West Broad Street
P.O. Box 298
Bridgeton, NJ 08302
(856) 451-7600
(JM5998)
Chapter 7 Trustee

**Order Filed on October 2, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

Vanessa Jones

Case No.: _____17-20353/ABA_____

Judge: ___Andrew B. Altenburg___

Chapter: _____7_____

| Recommended Local Form: | ☑ Followed | ☐ Modified |
|---|---|---|

## ORDER AUTHORIZING
## RETENTION OF  ATTORNEY FOR TRUSTEE

The relief set forth on the following pages, numbered two (2) and three (3) is hereby
**ORDERED**.

**DATED: October 2, 2017**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

Case 17-20353-ABA    Doc 12    Filed 09/22/17    Entered 09/22/17 15:33:28    Desc Proposed Order    Page 2 of 4

In re:        Vanessa Jones_____

Case No.:     17-20353/ABA_____

Applicant:    Joseph D. Marchand, Esquire_____

(check all that apply) ☑ Trustee: ☑ Chap. 7        ☐ Chap. 11        ☐ Chap. 13.

☐ Debtor: ☐ Chap. 11        ☐ Chap. 13

☐ Official Committee of _____

Name of Professional:        Joseph D. Marchand, Esquire_____

Address of Professional:     117-119 West Broad Street_____

PO Box 298_____

Bridgeton, NJ  08302_____

_____

☑ Attorney for (check all that apply):

☑ Trustee    ☐ Debtor-in-Possession

☐ Official Committee of _____

☐ Accountant for:

☐ Trustee    ☐ Debtor-in-Possession

☐ Official Committee of _____

☐ Other Professional:

☐ Realtor    ☐ Appraiser    ☐ Special Counsel    ☐ Auctioneer

☐ Other (specify): _____

Upon the applicant's request for authorization to retain the professional named above,

It is hereby ORDERED as follows:

1.    The applicant is authorized to retain the above party in the professional capacity
noted.

2

2.      Compensation shall be paid in such amounts as may be allowed by the Court upon proper application(s) therefor.

3.      The effective date of the retention is the date the application was filed with the Court.

*Rev. 6/1/06; jml*

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 17-20353-ABA
Vanessa M Jones                                                           Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin           Page 1 of 1            Date Rcvd: Oct 02, 2017
                              Form ID: pdf903       Total Noticed: 1


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 04, 2017.
db            +Vanessa M Jones,    31 Village Green Lane,    Sicklerville, NJ 08081-1629

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                  TOTAL: 0


         ***** BYPASSED RECIPIENTS *****
NONE.                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 04, 2017                              Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 2, 2017 at the address(es) listed below:
          Denise E. Carlon    on behalf of Creditor    JPMORGAN CHASE BANK, N.A. dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Joseph Marchand    on behalf of Trustee Joseph  Marchand jdmarchand@comcast.net,
           jmarchand@comcast.net
          Joseph Marchand    jdmarchand@comcast.net,   jmarchand@comcast.net;jmarchand@ecf.epiqsystems.com
          Lee Abt    on behalf of Debtor Vanessa M Jones leeabt2@verizon.net,  r40016@notify.bestcase.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                       TOTAL: 5