Form order – ntcorder

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 17−20353−ABA
Chapter: 7
Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Vanessa M Jones
   31 Village Green Lane
   Sicklerville, NJ 08081

Social Security No.:
   xxx−xx−7153

Employer's Tax I.D. No.:

**NOTICE OF JUDGMENT OR ORDER**
**Pursuant to Fed. R. Bankr. P. 9022**

   Please be advised that on October 27, 2017, the court entered the following judgment or order on the court's docket in the above−captioned case:

Document Number: 20 − 19
Order Granting Application to Employ DuBois, Sheehan, Hamilton, Levin & Weissman, LLC as Special Counsel for Trustee (Related Doc # 19). Service of notice of the entry of this order pursuant to Rule 9022 was made on the appropriate parties. See BNC Certificate of Notice. Signed on 10/27/2017. (cmf)

   Parties may review the order by accessing it through PACER or the court's electronic case filing system (CM/ECF). Public terminals for viewing are also available at the courthouse in each vicinage.

Dated: October 27, 2017
JAN: cmf

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                Case No. 17-20353-ABA
Vanessa M Jones                                                       Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-1           User: admin            Page 1 of 1            Date Rcvd: Oct 27, 2017
                               Form ID: orderntc      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 29, 2017.
aty            +DuBois, Sheehan, Hamilton & Levin,    DuBois, Sheehan, Hamilton & Levin,    511 Cooper,
                 Camden, NJ 08102-1210

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                 TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 29, 2017                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 27, 2017 at the address(es) listed below:
              Denise E. Carlon    on behalf of Creditor    JPMORGAN CHASE BANK, N.A. dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Joseph  Marchand    on behalf of Trustee Joseph  Marchand jdmarchand@comcast.net,
               jmarchand@comcast.net
              Joseph  Marchand     jdmarchand@comcast.net,    jmarchand@comcast.net;jmarchand@ecf.epiqsystems.com
              Lee Abt   on behalf of Debtor Vanessa M Jones leeabt2@verizon.net,    r40016@notify.bestcase.com
              U.S. Trustee     USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 5