| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY** | |
| **Caption in Compliance with D.N.J. LBR 9004-2(c)** | |
| Joseph D. Marchand, Esquire, Trustee<br>117-119 West Broad Street<br>P.O. Box 298<br>Bridgeton, NJ 08302<br>(856) 451-7600<br>(JM5998) Attorney for Chapter 7 Trustee | **Order Filed on October 27, 2017<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey** |
| In Re:<br>Vanessa Jones | Case No.: 17-20353/ABA<br>Judge: Andrew B. Altenburg<br>Chapter: 7 |

Recommended Local Form:   ☒ Followed   ☐ Modified

# ORDER AUTHORIZING
## RETENTION OF   SPECIAL COUNSEL FOR TRUSTEE

The relief set forth on the following pages, numbered two (2) and three (3) is hereby **ORDERED**.

**DATED: October 27, 2017**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

In re:     Vanessa Jones

Case No.:   17-20353/ABA

Applicant:   Joseph D. Marchand

(check all that apply) ☑ Trustee:   ☑ Chap. 7   ☐ Chap. 11   ☐ Chap. 13.

☐ Debtor:   ☐ Chap. 11   ☐ Chap. 13

☐ Official Committee of _____

Name of Professional:   DuBois, Sheehan, Hamilton, Levin &
Address of Professional:   Weissman, LLC
    511 Cooper Street
    Camden, NJ 08102-1247

☐ Attorney for (check all that apply):
  ☐ Trustee   ☐ Debtor-in-Possession
  ☐ Official Committee of _____

☐ Accountant for:
  ☐ Trustee   ☐ Debtor-in-Possession
  ☐ Official Committee of _____

☑ Other Professional:
  ☐ Realtor   ☐ Appraiser   ☑ Special Counsel   ☐ Auctioneer
  ☐ Other (specify): _____

Upon the applicant's request for authorization to retain the professional named above,

It is hereby ORDERED as follows:

1.     The applicant is authorized to retain the above party in the professional capacity noted.

2

2. Compensation shall be paid in such amounts as may be allowed by the Court upon proper application(s) therefor.

3. The effective date of the retention is the date the application was filed with the Court.

*Rev. 6/1/06; jml*

```
                        United States Bankruptcy Court
                             District of New Jersey
```

In re:                                                          Case No. 17-20353-ABA
Vanessa M Jones                                                 Chapter 7
         Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-1        User: admin              Page 1 of 1         Date Rcvd: Oct 27, 2017
                            Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 29, 2017.
db             +Vanessa M Jones,    31 Village Green Lane,    Sicklerville, NJ 08081-1629

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                           TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 29, 2017                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 27, 2017 at the address(es) listed below:
              Denise E. Carlon    on behalf of Creditor    JPMORGAN CHASE BANK, N.A. dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Joseph Marchand    on behalf of Trustee Joseph  Marchand jdmarchand@comcast.net,
               jmarchand@comcast.net
              Joseph Marchand    jdmarchand@comcast.net,    jmarchand@comcast.net;jmarchand@ecf.epiqsystems.com
              Lee Abt    on behalf of Debtor Vanessa M Jones leeabt2@verizon.net,    r40016@notify.bestcase.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 5