UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re: Vanessa Jones

Case No.: 17-20353/ABA
Chapter: 7
Judge: ABA

### NOTICE OF PROPOSED ABANDONMENT

__JOSEPH D. MARCHAND__, __TRUSTEE__ in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

| Address of the Clerk: | Clerk of the United States Bankruptcy Court
U.S. Post Office & Court House
PO Box 2067, 401 Market Street
Camden, NJ 08101-2067 |
|---|---|

If an objection is filed, a hearing will be held before the Honorable __Andrew B. Altenburg, Jr.__ on __October 2, 2018__ at __10:00__ a.m. at the United States Bankruptcy Court, Courtroom no. __4B__. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

| Description and value of property: | PI/MVA - DOA: 5/8/17*
The Attorney handling the matter closed same recently due to "lawsuit limitation"
*Trustee does not believe liquidation of same would yield a significant monetary benefit to general unsecured creditors. |
|---|---|

| Liens on property: | N/A |
|---|---|

| Amount of equity claimed as exempt: | $36,419.00 |
|---|---|

Objections must be served on, and requests for additional information directed to:

Name: /s/ Joseph D. Marchand, Chapter 7 Trustee
Address: 117-119 West Broad Street, P.O. Box 298, Bridgeton, NJ 08302
Telephone No.: (856) 451-7600

*rev.8/1/15*

```
                            United States Bankruptcy Court
                                  District of New Jersey

In re:                                                          Case No. 17-20353-ABA
Vanessa M Jones                                                 Chapter 7
        Debtor              CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin                Page 1 of 2          Date Rcvd: Aug 30, 2018
                              Form ID: pdf905            Total Noticed: 47


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 01, 2018.
db         +Vanessa M Jones,    31 Village Green Lane,    Sicklerville, NJ 08081-1629
aty        +DuBois, Sheehan, Hamilton & Levin,    DuBois, Sheehan, Hamilton & Levin,    511 Cooper,
             Camden, NJ 08102-1210
sp          DuBois, Sheehan, Hamilton, Levin & Weissman, LLC,    511 Cooper Street,    Camden, NJ 08102-1247
516836658  +Am Std Asst,    100 Cambridge St., Suite 1600,    Boston, MA 02114-2518
516836657  +Am Std Asst,    100 Cambridge St Ste 160,    Boston, MA 02114-2547
516836659  +Attorney General of the U.S.,    Dept. of Justice,    RE: Internal Revenue Service,
             Constitution Ave & 10th Street NW,    Washington, DC 20530-0001
517220188   Capital One, N.A.,    c/o Becket and Lee LLP,    PO Box 3001,    Malvern PA 19355-0701
516836664  +Chase,   Po Box 901003,    Ft Worth, TX 76101-2003
516836666  +Chase Card Services,    Correspondence Dept,    Po Box 15278,    Wilmington, DE 19850-5278
517173996   Educational Credit Management Corporation,    PO Box 16408,    St. Paul, MN 55116-0408
516836670  +First Federal Credit & Collections,    24700 Chagrin Blvd,    Suite 205,
             Cleveland, OH 44122-5662
516836669  +First Federal Credit & Collections,    24700 Chagrin Blvd Ste 2,    Cleveland, OH 44122-5662
516836684   Nationstar Mortgage,    Attn: Bankruptcy,    P.O. Box 619094,    Lewisville, TX 75067
516836685  +Nationstar Mortgage LLC,    8950 Cypress Waters Blvd,    Coppell, TX 75019-4620
516836693  #+Smedley & Lis,    AllynMarie Smedely, Esquire,    58 Euclid Street,    Woodbury, NJ 08096-4626
516836696  +Target,    Po Box 673,    Minneapolis, MN 55440-0673
516836697  +Target,    C/O Financial & Retail Srvs,    Mailstopn BT POB 9475,    Minneapolis, MN 55440-9475

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty        +E-mail/Text: jdmarchand@comcast.net Aug 30 2018 23:03:40     Joseph Marchand, Esq.,
             117-119 West Broad Street,    PO Box 298,   Bridgeton, NJ 08302-0228
smg         E-mail/Text: usanj.njbankr@usdoj.gov Aug 30 2018 23:03:03     U.S. Attorney,    970 Broad St.,
             Room 502,    Rodino Federal Bldg.,   Newark, NJ 07102-2534
smg        +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Aug 30 2018 23:03:01     United States Trustee,
             Office of the United States Trustee,    1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
             Newark, NJ 07102-5235
516836662   E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Aug 30 2018 23:09:21     Capital One,
             15000 Capital One Dr,    Richmond, VA 23238
516836661  +E-mail/Text: bankruptcy@cavps.com Aug 30 2018 23:03:15     Calvary Portfolio Services,
             500 Summit Lake Ste 400,    Valhalla, NY 10595-2322
516836660  +E-mail/Text: bankruptcy@cavps.com Aug 30 2018 23:03:15     Calvary Portfolio Services,
             Po Box 27288,    Tempe, AZ 85285-7288
516836663  +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Aug 30 2018 23:08:12     Capital One,
             Attn: Bankruptcy,    Po Box 30253,   Salt Lake City, UT 84130-0253
517235201   E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Aug 30 2018 23:09:21
             Capital One Bank (USA), N.A.,    PO Box 71083,   Charlotte, NC 28272-1083
517085737  +E-mail/Text: bankruptcy@cavps.com Aug 30 2018 23:03:16     Cavalry SPV I, LLC,
             500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-2321
516836667   E-mail/Text: mrdiscen@discover.com Aug 30 2018 23:02:12     Discover Financial,    Po Box 15316,
             Wilmington, DE 19850
517223245  +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Aug 30 2018 23:09:03     Directv, LLC,
             by American InfoSource LP as agent,    4515 N Santa Fe Ave,   Oklahoma City, OK 73118-7901
517099978   E-mail/Text: mrdiscen@discover.com Aug 30 2018 23:02:12     Discover Bank,
             Discover Products Inc,    PO Box 3025,   New Albany, OH 43054-3025
516836668  +E-mail/Text: mrdiscen@discover.com Aug 30 2018 23:02:12     Discover Financial,    Po Box 3025,
             New Albany, OH 43054-3025
516836673   E-mail/Text: cio.bncmail@irs.gov Aug 30 2018 23:02:28     IRS,    1040 Waverly Drive,
             Holtsville, NY 00501
516836675  +E-mail/Text: bnckohlsnotices@becket-lee.com Aug 30 2018 23:02:18     Kohls/Capital One,
             Kohls Credit,    Po Box 3043,   Milwaukee, WI 53201-3043
516836674  +E-mail/Text: bnckohlsnotices@becket-lee.com Aug 30 2018 23:02:18     Kohls/Capital One,
             N56 W 17000 Ridgewood Dr,    Menomonee Falls, WI 53051-5660
517174505  +E-mail/Text: bankruptcydpt@mcmcg.com Aug 30 2018 23:03:00     MIDLAND FUNDING LLC,
             PO BOX 2011,    WARREN, MI 48090-2011
516836676  +E-mail/Text: bankruptcydpt@mcmcg.com Aug 30 2018 23:03:00     Midland Funding,
             2365 Northside Dr Ste 30,    San Diego, CA 92108-2709
516836680  +E-mail/Text: bankruptcydpt@mcmcg.com Aug 30 2018 23:03:00     Midland Funding,
             Attn: Bankruptcy,    Po Box 939069,   San Diego, CA 92193-9069
516836686  +E-mail/Text: BankruptcyNotices@pods.com Aug 30 2018 23:03:52     PODS Enterprises,
             5585 Rio Vista Drive I,    Clearwater, FL 33760-3114
516836687   E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 30 2018 23:20:02
             Portfolio Recovery,    120 Corporate Blvd Ste 1,   Norfolk, VA 23502
516836690   E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 30 2018 23:08:47
             Portfolio Recovery,    Po Box 41067,   Norfolk, VA 23541
517156448   E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 30 2018 23:08:47
             Portfolio Recovery Associates, LLC,    C/O Synchrony Bank,   POB 41067,    Norfolk VA 23541
517238202   E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 30 2018 23:20:02
             Portfolio Recovery Associates, LLC,    POB 41067,   Norfolk, VA 23541
517156444   E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 30 2018 23:08:47
             Portfolio Recovery Associates, LLC,    c/o Sams Club,   POB 41067,    Norfolk VA 23541
```

```
District/off: 0312-1           User: admin              Page 2 of 2                Date Rcvd: Aug 30, 2018
                               Form ID: pdf905          Total Noticed: 47


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
516836694       +E-mail/PDF: gecsedi@recoverycorp.com Aug 30 2018 23:08:09     Synchrony Bank/Care Credit,
                 950 Forrer Blvd,   Kettering, OH 45420-1469
516836695       +E-mail/PDF: gecsedi@recoverycorp.com Aug 30 2018 23:08:41     Synchrony Bank/Care Credit,
                 Attn: Bankruptcy,   Po Box 956060,   Orlando, FL 32896-0001
516836698        E-mail/Text: bankruptcy@td.com Aug 30 2018 23:03:05      TD Bank, N.A.,   32 Chestnut Street,
                 Lewiston, ME 04240
516836699        E-mail/Text: bankruptcy@td.com Aug 30 2018 23:03:05      TD Bank, N.A.,   Attn: Bankruptcy,
                 32 Chestnut St,   Lewiston, ME 04243
517088277       +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Aug 30 2018 23:08:28     TD Bank, USA,
                 by American InfoSource LP as agent,   4515 N Santa Fe Ave,   Oklahoma City, OK 73118-7901
                                                                                              TOTAL: 30

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
516836665*      +Chase,   Po Box 901003,   Ft Worth, TX 76101-2003
516836671*     ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 7346,
                 PHILADELPHIA PA 19101-7346
                (address filed with court:   Internal Revenue Service,    P.O. Box  21126,
                 Philadelphia, PA 19114)
516836672*       IRS,   Attn: Special Procedures,    P.O. Box  744,   Springfield, NJ 07081-0744
516836677*      +Midland Funding,   2365 Northside Dr Ste 30,    San Diego, CA 92108-2709
516836678*      +Midland Funding,   2365 Northside Dr Ste 30,    San Diego, CA 92108-2709
516836679*      +Midland Funding,   2365 Northside Dr Ste 30,    San Diego, CA 92108-2709
516836681*      +Midland Funding,   Attn: Bankruptcy,   Po Box 939069,    San Diego, CA 92193-9069
516836682*      +Midland Funding,   Attn: Bankruptcy,   Po Box 939069,    San Diego, CA 92193-9069
516836683*      +Midland Funding,   Attn: Bankruptcy,   Po Box 939069,    San Diego, CA 92193-9069
516836688*     ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,   NORFOLK VA 23541-1067
                (address filed with court:   Portfolio Recovery,    120 Corporate Blvd Ste 1,    Norfolk, VA 23502)
516836689*     ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,   NORFOLK VA 23541-1067
                (address filed with court:   Portfolio Recovery,    120 Corporate Blvd Ste 1,    Norfolk, VA 23502)
516836691*     ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,   NORFOLK VA 23541-1067
                (address filed with court:   Portfolio Recovery,    Po Box 41067,   Norfolk, VA 23541)
516836692*     ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,   NORFOLK VA 23541-1067
                (address filed with court:   Portfolio Recovery,    Po Box 41067,   Norfolk, VA 23541)
                                                                                        TOTALS: 0, * 13, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 01, 2018                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 29, 2018 at the address(es) listed below:
              Denise E. Carlon    on behalf of Creditor   JPMORGAN CHASE BANK, N.A. dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Joseph Marchand    on behalf of Trustee Joseph  Marchand jdmarchand@comcast.net,
               jmarchand@comcast.net
              Joseph Marchand     jdmarchand@comcast.net,    jmarchand@comcast.net;jmarchand@ecf.epiqsystems.com
              Lee Abt    on behalf of Debtor Vanessa M Jones leeabt2@verizon.net,  r40016@notify.bestcase.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 5
```